IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TY CRISWELL, *et al.*,                ) | |
|         Plaintiffs,                          ) | |
|                                                     ) | |
| vs.                                              ) | CIVIL ACTION 14-00447-KD-N |
|                                                     ) | |
| MOBILE HOUSING BOARD,    ) | |
|         Defendant.                         ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that the FLSA settlement agreements between Plaintiffs and Defendant are **APPROVED**, the parties' joint amended motion (Doc. 98) is **GRANTED,** attorneys' fees in the amount of **$40,000** are awarded to counsel Hannan, and this action is **DISMISSED with prejudice**. No costs shall be taxed per the terms of the settlement.

**DONE** and **ORDERED** this **3**rd day of **August 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**